| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | PRESENTMENT DATE: March 13, 2023<br>PRESENTMENT TIME: 10:00 A.M. |

-------------------------------------------------------X

IN RE:

Septina Noel-Jones,

Debtor

CASE NO.: 22-42395-ess

CHAPTER: 13

HON. JUDGE: Elizabeth S. Stong

-------------------------------------------------------X

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

UPON consideration of the application of SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust (together with any successors and/or assigns, "Movant"), dated December 29, 2022, came before the Court, for relief from the automatic stay with respect to the collateral known as 329 Pulaski Street, Brooklyn, NY 11206 (the "Collateral"). This Court, having considered the evidence presented and the arguments of the parties, and with good cause appearing therefore, it is hereby

ORDERED, that the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is hereby ~~vacated~~ ***modified*** pursuant to 11 U.S.C. Section 362(d)(1) to permit Movant to ***pursue*** ~~exercise all~~ its rights available to it under applicable ~~state~~ law ***with respect to*** ~~to exercise its remedies against~~ the Collateral; and it is further

~~ORDERED that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further~~

ORDERED that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.~~; and it is further~~

~~ORDERED that Movant is granted $950 in attorney fees and $188 in filing costs associated with the instant Motion.~~

Dated: Brooklyn, New York
March 20, 2023



_____
Elizabeth S. Stong
United States Bankruptcy Judge